United States District Court
Southern District of Texas
**ENTERED**
March 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY LINCOLN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-3019 |
| § | |
| SPECTRA ENERGY CORP., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a Notice of Dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that this case is dismissed without prejudice.

SIGNED this 6th day of March, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE